NUMBER 13-08-00725-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 


DUANE PHILLIP RANTHUM, Appellant,


v.



THE STATE OF TEXAS, Appellee.


____________________________________________________________


On Appeal from the 156th District Court


of Live Oak County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides 


Memorandum Opinion Per Curiam



 Appellee, The State of Texas, by and through its attorney, has filed a motion for
involuntary dismissal of the appeal. Appellant was sentenced to thirty-five years in the
Texas Department of Criminal Justice Institutional Division for aggravated assault. The
State's motion is supported by affidavit, showing that appellant escaped from custody on
December 24, 2008, and that appellant remains at large and has not returned to custody. 
See Tex. R. App. P. 42.4. Appellant's counsel has not filed a reply to the State's motion. 
Without passing on the merits of the case, we grant the motion to involuntarily dismiss
pursuant to Texas Rule of Appellate Procedure 42.4 and dismiss the appeal. 


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this the 26th day of February, 2009.